934 F.2d 320
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Gene Ellis WILLIAMS, a/k/a Glenn, Defendant-Appellant.
 No. 91-6758.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 6, 1991.
Decided May 29, 1991.
As Amended by Order filed Sept. 12, 1991.
See 944 F.2d 199.
 
 Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Chief District Judge. (CR-86-40)
 Gene Ellis Williams, appellant pro se.
 Thomas J. Ashcraft, United States Attorney, Charlotte, N.C., for appellee.
 W.D.N.C.
 AFFIRMED.
 Before DONALD RUSSELL, WILKINSON and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Gene Ellis Williams appeals from the district court's order refusing relief under 28 U.S.C. Sec. 2255. Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Williams, CR-86-40 (W.D.N.C. Dec. 19, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.